UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD J. BRODMERKLE,<br><br>Defendant. | No. CR-12-097-FVS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY** |

Before the Court is Ronald J. Brodmerkle's Motion to Modify Release Conditions. ECF No. 50. The court has reviewed the submitted material and the record. The United States does not object to the Motion; Mr. Brodmerkle's supervising U.S. Probation Officer does not object to the modification, as Mr. Brodmerkle has been compliant with conditions of release. Accordingly,

**IT IS ORDERED** Mr. Brodmerkle's Motion to Modify Release Conditions, **ECF No. 50**, is **GRANTED**. Mr. Brodmerkle may travel between Washington (for court-related matters), Idaho (where he resides) and Montana. Mr. Brodmerkle shall notify Pretrial Services **prior** to such travel and shall give inform them of the travel dates.

DATED September 26, 2013.

S/ JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1